# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Aeromix Systems, Inc.,

Plaintiff,

v.

Mutual Manufacturing & Supply Co.,

Defendant.

02cv467 (JEL/JGL)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: July 11, 2002.

JOAN E. LANCASTER, Judge
United States District Court

FILED JUL 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK